Name: Angela Dawn Dowling
Address: 34 Weberster St
North Arlington NJ 07031
Phone: 979-288-8659
Fax: 000-000-0000

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Angela Dawn Dowling

Plaintiff

v.

California Department of Transportation

Defendant(s).

CASE NUMBER: 2:24-cv-05696-HDV(PDx)

Complaint

(Enter document title in the space provided above)

notice
Urgent notice Cyber Be done too me urgent Foward notice causing harm to me after years.

United States district court

Los Angeles, California

July 5,2024

Angela Dawn Dowling

California Department of transportation

**Notice**

Send Urgent notice to State Attorney General's office an urgent due to Cyber on my Uber account. Please review. Angela D Dowling 12.14.1979. Best of my knowledge.

Respectfully submitted *[signature] 7.5.24*

Ms. Angela, Dawn Perez Dowling

5575 Simmons St P.O. Box 165 Las Vegas, Nevada 89031